IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CARMELLA PRICE        :        CIVIL ACTION
                        :
                        :
      v.                :
                        :
                        :
CITY OF PHILADELPHIA POLICE    :
DEPARTMENT, et al.        :     NO. 07-cv-1794-JF

<u>ORDER</u>

AND NOW, this ___ day of June 2010, upon consideration of the plaintiff's "Motion to Quash Rule 45 Subpoena for HIPAA Protected Records and to Destroy Medical Records," and the defendants' "Cross-Motion to Compel," and the responses thereto, IT IS ORDERED:

1. That the plaintiff's motion to quash is DENIED, except that the defendants are directed to return any documents produced pursuant to subpoena that were created before 2001.

2. That the plaintiff is directed to execute the forms necessary for her medical records to be obtained.

3. That, having denied the plaintiff's motion to quash, the defendants' cross-motion to compel is DENIED WITHOUT PREJUDICE. Counsel are directed to confer and consider those issues that can be resolved without court intervention, and specifically identify the issues, if any, which require the Court's attention. The parties would be well-advised to comply with the Federal Rules of Civil Procedure when conducting discovery.

BY THE COURT:

John P. Fullam,  Sr. J.